ACCEPTED
15-25-00067-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 2:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00067-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/4/2025 2:15:39 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth Court of Appeals
Austin, Texas

The State of Texas ex. rel. Joshua LaFountain
Appellant,

v.

BLT Management Company, LLC n/k/a BLT Support Services, LLC, et. al.
Appellees.

On Appeal from the 126th Judicial District Court, Travis County

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Respectfully Submitted,

/s/James R. Tucker
**JAMES R. TUCKER**
State Bar No. 20272020
5522 Ellsworth Ave.
Dallas, Texas 75206
(214) 505-0097
(214) 599-8874[fax]
rusty@rustytuckerlaw.com

**ATTORNEY FOR APPELLANT STATE OF TEXAS ex. rel. JOSHUA LAFOUNTAIN**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

1. Pursuant to Rules 2 and 10.5(b) of the Texas Rules of Appellate Procedure, Appellant the State of Texas ex. rel. Joshua LaFountain respectfully requests a 30-day extension of time to file their Appellant Brief, making the Brief due on September 19, 2025. The Appellant's Brief is presently due on August 19, 2025.

2. Additionally, Appellant requests an additional thirty (30) day extension of time to file his Appellant Brief due to the complexity of the case, competing demands on counsel's time in other cases, and the need for additional research to ensure an optimal brief.

3. Further, Counsel for Appellant in this case currently has a brief due in this Court on August 11, 2025 in Cause No. 15-25-00034-CV, making it difficult for him as a solo practitioner to file two briefs within that short period of time.

4. Appellees have indicated that they do not oppose a thirty (30) day extension for Appellant to file its Appellant Brief.

5. This Motion is timely filed and not brought for purposes of delay, but so that justice may be done.

## PRAYER

For the reasons set forth herein, the Appellant the State of Texas ex. rel. Joshua LaFountain respectfully requests that the Court grant him a 30-day extension of time to file its Appellant Brief, making the Brief due on September 19, 2025.

Respectfully Submitted

/s/James R. Tucker
**JAMES R. TUCKER**
State Bar No. 20272020
5522 Ellsworth Ave.
Dallas, Texas 75206
(214) 505-0097
(214) 599-8874[fax]
rusty@rustytuckerlaw.com

**ATTORNEY FOR APPELLANT STATE OF TEXAS ex. rel. JOSHUA LAFOUNTAIN**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing Appellant's Unopposed Motion to Extend Time to File Appellant's Brief has been sent via e-file and serve on August 4, 2025, to:

CRAIG D. CHERRY
Bar No. 24012419
Email: ccherry@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710

JANE WEBRE
State Bar No. 21050060
Email: jwebre@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701

CHRISTOPHER S. AYRES
State Bar No. 24036167
Email: csayres@ayreslawoffice.com
R. JACK AYRES, JR.
State Bar No. 01473000
Email: rjayres@ayreslawoffice.com
AYRES LAW OFFICE, P.C.
8140 Walnut Hill Lane, Suite 830
Dallas, Texas 75231

**Attorneys for Appellees**

/s/James R. Tucker
**JAMES R. TUCKER**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James Tucker on behalf of James Tucker
Bar No. 20272020
rusty@rustytuckerlaw.com
Envelope ID: 103941847
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Appellants Brief
Status as of 8/4/2025 2:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 8/4/2025 2:15:39 PM | SENT |
| Luis Garcia | | lgarcia@scottdoug.com | 8/4/2025 2:15:39 PM | SENT |
| Christopher Davis | 24050483 | cdavis@grayreed.com | 8/4/2025 2:15:39 PM | SENT |
| Rowe Ayres | 1473000 | rjayres@ayreslawoffice.com | 8/4/2025 2:15:39 PM | SENT |
| Angela Brown | 24034533 | abrown@grayreed.com | 8/4/2025 2:15:39 PM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 8/4/2025 2:15:39 PM | SENT |
| Nicollette Morton | | filings@ayreslawoffice.com | 8/4/2025 2:15:39 PM | SENT |
| Christopher Ayres | | csayres@ayreslawoffice.com | 8/4/2025 2:15:39 PM | SENT |

Associated Case Party: Joshua  LaFountain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 8/4/2025 2:15:39 PM | SENT |

Associated Case Party: Buckner Marketplacce Dental, P.A. et. al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Craig Cherry | | ccherry@cjsjlaw.com | 8/4/2025 2:15:39 PM | SENT |